# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, vs. **THOMAS JOSEPH WEHNER, JR.,** Defendant. | CR 16-14-GF-BMM **FINAL ORDER OF FORFEITURE** |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 21 U.S.C. § 881(a)(11);

2. A Preliminary Order of Forfeiture was entered on August 10, 2016;

3.

All known interested parties were provided an opportunity to respond and that

publication has been effected as required by 18 U.S.C. § 982(b)(1) and 21 U.S.C. § 853(n)(1);

4. There appears there is cause to issue a forfeiture order under 21 U.S.C. § 881(a)(11);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 21 U.S.C. § 881(a)(11), free from the claims of any other party:

- Weatherby, model Mark V, .270 Magnum caliber, bolt action rifle, with serial number 38469; and ammunition.

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 17th day of October, 2016.

Brian Morris
United States District Court Judge