# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, vs. THOMAS JOSEPH WEHNER, JR., Defendant. | Case No. CR-16-14-GF-BMM <br><br> ORDER |

Thomas Joseph Wehner, Jr., Defendant in the above-entitled action, having filed a Motion for Additional Sentencing Letters, there being no objection from the Government and good cause appearing:

IT IS HEREBY ORDERED that the Defendant's Motion for Additional Sentencing Letters is GRANTED.

DATED this 8th day of November, 2016.

_/s/ Brian Morris_
Brian Morris
United States District Court Judge